# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DARRELL LAWSON, | ) |
| Petitioner, | ) |
| v. | ) No. CIV-03-71-S |
| LENORA JORDAN, Warden, | ) |
| Respondent. | ) |

## ORDER

On February 23, 2006, the United States Magistrate Judge for this District filed Findings and Recommendations in this case. The court mailed a copy of the Findings and Recommendations to Petitioner's last known address at James Crabtree Correctional Center in Helena, Oklahoma. On March 22, 2006, the court received a letter from the James Crabtree Correctional Center that Petitioner had been discharged from Mack Alford Correctional Facility in Stringtown, Oklahoma, on November 4, 2005, and they had no further information on his whereabouts.

The Court finds the record before it specifically documents and supports the Findings and Recommendations of the United States Magistrate Judge that this action be in all respects be dismissed.

Upon full consideration of the entire record and the issues herein, this Court finds and orders that the Findings and Recommendations of the United States Magistrate be **affirmed** and adopted by this Court as this Court's Findings and Order, and Petitioner's writ of habeas corpus is **dismissed.**

**IT IS SO ORDERED** this 28th day of March, 2006.

Frank H. Seay  
United States District Judge  
Eastern District of Oklahoma